QUALITY MOTORS OF ROCHESTER, INC., Respondent, *v.*
(AMERICAN) LUMBERMEN'S MUTUAL CASUALTY COMPANY
OF ILLINOIS, Appellant.

Argued April 18, 1939; decided May 16, 1939.

*Oscar J. Brown* for appellant.

*Arthur VD. Chamberlain* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.